JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JOHNSON,<br><br>*Plaintiff,*<br><br>v.<br><br>SERGEANT LOU VINCE, SERGEANT DEREK BROWN, OFFICER MELISSA ROSSIN, OFFICER ROBERT BALTERA, OFFICER KEVIN ISHIDA, and SGT. MICHAEL ZABOSKI,<br><br>*Defendants.* | Case No. CV08-06316 GAF<br><br>**JUDGMENT AFTER TRIAL**<br><br>**Honorable Judge Gary A. Feess**<br><br>**Trial: September 7, 2010** |

On September 10, 2010, following the presentation of evidence and argument during a jury trial which commenced September 7, 2010 and concluded September 10, 2010, the jury, in the above-entitled action, UNANIMOUSLY found as follows:

**QUESTION NO. 1:** Did either of the following defendants detain Raymond Johnson without reasonable suspicion?

SERGEANT LOU VINCE          YES_____     NO  X   
SERGEANT DEREK BROWN        YES_____     NO  X   

1

**QUESTION NO. 2:** Did any of the following Defendants arrest or cause Raymond Johnson to be arrested without probable cause?

| | | |
|---|---|---|
| SERGEANT LOU VINCE | YES_____ | NO__X__ |
| SERGEANT DEREK BROWN | YES_____ | NO__X__ |
| OFFICER MELISSA ROSSIN | YES_____ | NO__X__ |
| OFFICER ROBERT BALTERA | YES_____ | NO__X__ |
| OFFICER KEVIN ISHIDA | YES_____ | NO__X__ |
| SGT. MICHAEL ZABOSKI | YES_____ | NO__X__ |

**QUESTION NO. 3:** Did any of the Defendant officers maliciously prosecute or cause the malicious prosecution of Raymond Johnson?

| | | |
|---|---|---|
| SERGEANT LOU VINCE | YES_____ | NO__X__ |
| SERGEANT DEREK BROWN | YES_____ | NO__X__ |
| OFFICER MELISSA ROSSIN | YES_____ | NO__X__ |
| OFFICER ROBERT BALTERA | YES_____ | NO__X__ |
| OFFICER KEVIN ISHIDA | YES_____ | NO__X__ |
| SGT. MICHAEL ZABOSKI | YES_____ | NO__X__ |

Please sign and date the verdict form and return it to the clerk of the Court.

Signed: ___*REDACTED*_____   Dated: ___*September 10, 2010*_____
　　　　　Presiding Juror

2

# ORDER

Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgment on the merits be entered in favor of Defendants, SERGEANT LOU VINCE, SERGEANT DEREK BROWN, OFFICER MELISSA ROSSIN, OFFICER ROBERT BALTERA, OFFICER KEVIN ISHIDA, and SGT. MICHAEL ZABOSKI, and against Plaintiff, RAYMOND JOHNSON, and that the Plaintiff take nothing; and that Defendants SERGEANT LOU VINCE, SERGEANT DEREK BROWN, OFFICER MELISSA ROSSIN, OFFICER ROBERT BALTERA, OFFICER KEVIN ISHIDA, and SGT. MICHAEL ZABOSKI, be entitled to recover their costs from the Plaintiff in accordance with Local Rule 54.

DATED: September 15, 2010

_____
**HONORABLE GARY A. FEESS**
**United States District Judge**